# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **DALLEN GARNER,** *Plaintiff,* vs. **ASPIRO ADVENTURE, LLC,** *Defendant.* | Civil No. 2:21-cv-00674-DAK-DBP **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT** Judge: Dale A. Kimball Magistrate Judge: Dustin B. Pead |

After a review of Plaintiff's Unopposed Motion for Approval of Settlement, the Settlement Agreement, and the Declaration of Plaintiff's Counsel, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore this 22nd day of May, 2023 Ordered and Adjudged as Follows:

The Proposed Settlement is APPROVED, including but not limited to the award of attorneys' fees and costs to Plaintiff's Counsel.

IT IS FURTHER ORDERED that this case be and is DISMISSED <u>with</u> Prejudice and <u>without</u> attorney fees or costs, except as provided in the Settlement Agreement.

Hon. Dale A. Kimball
United States District Court Judge